UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLISA L. FORTUNE,<br><br>  Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>  Defendant. | Case No. 4:22-cv-05247-KAW<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF; ORDER VACATING CASE MANAGEMENT CONFERENCE AND REMAINING CASE DEADLINES**<br><br>Re: Dkt. No. 43 |

On September 28, 2023, the parties filed a joint notice of settlement. (Dkt. No. 42.) On September 27, 2023, the Court ordered Plaintiff to file a dismissal within 90 days of the order, absent any extension ordered by the Court, such that the last day to file the dismissal was December 26, 2023. (Dkt. No. 26.) No dismissal was filed, and Plaintiff did not seek an extension of time to do so. A case management conference is set for February 6, 2024, and the parties' joint case management statement was due on or before January 30, 2024. No statement was filed.

Accordingly, Plaintiff is ordered to show cause by February 9, 2024 why this case should not be dismissed with prejudice. Alternatively, Plaintiff may file a dismissal with prejudice. The failure to timely respond to this order to show cause will result in this case being dismissed with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Finally, the February 6, 2024 case management conference and all remaining case deadlines, including the May 13, 2024 trial date, are VACATED.

IT IS SO ORDERED.

Dated: February 2, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge